## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| American Farm Bureau Federation,<br>National Pork Producers Council, | Civil No. 13-1751 (RHK/TNL) |
| Plaintiffs, | **DISQUALIFICATION AND**<br>**ORDER FOR REASSIGNMENT** |
| v. | |
| Bob Perciasepe, U.S. Environmental<br>Protection Agency,, | |
| Defendants. | |

---

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  July 6, 2013

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
