UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AMERICAN FARM BUREAU
FEDERATION, and NATIONAL PORK
PRODUCERS COUNCIL,

          Plaintiffs,,

     v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY, and E. SCOTT PRUITT,
Administrator U.S. Environmental Protection
Agency,

          Defendants,,

and
FOOD & WATER WATCH,
ENVIRONMENTAL INTEGRITY
PROJECT, AND IOWA CITIZENS FOR
COMMUNITY IMPROVEMENT,

          Intervenors.

**ORDER OF DISMISSAL**

13-cv-1751 (ADM/TNL)

The parties having stipulated to the dismissal of this action with prejudice, and the Court having been apprised of the premises of the stipulation, the Court finds that this action has been fully compromised and settled and that the complaint therefore should be dismissed with prejudice, each side to bear its own costs and fees.

IT IS THEREFORE ORDERED that the complaint for plaintiffs against defendants is hereby dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 27, 2017          s/Ann D. Montgomery
                                 Judge Ann D. Montgomery
                                 United States District Court